UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA WOOD and T.P., <br><br> Plaintiffs <br><br> v. <br><br> SGT INVESTMENT, et al., <br><br> Defendants | Case No.: 3:25-cv-00667-MMD-CSD <br><br> **Order** |

Plaintiffs have filed a civil complaint and amended complaint. (ECF Nos. 1-1, 4.) The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiffs' complaint was not accompanied by an IFP application or the $405 filing fee (consisting of the $350 filing fee and $55 administrative fee). Nor was it accompanied by a civil cover sheet. *See* LR 3-1. ("Except in actions initiated by inmates appearing pro se, every civil action tendered for filing in this court must be accompanied by a properly completed civil cover sheet.").

The Clerk shall **SEND** Plaintiffs a copy of the instructions and application to proceed IFP for a non-prisoner, as well as a copy of the civil cover sheet. Plaintiffs have **30 days** from the date of this Order to either file a completed IFP application or pay the full $405 filing fee and to submit a completed civil cover sheet. If Plaintiffs file a completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint,

or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiffs fail to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: January 9, 2026

_____
Craig S. Denney
United States Magistrate Judge